# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:24-CV-00383-LS |
| **RICHARD RESLOW, AN INDIVIDUAL, and CLEANPLANET SOLAR LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,** | § § § § § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 21, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**